886 N.E.2d 1025 (2008)
Ronald PIAGENTINI et al., respondents,
v.
FORD MOTOR COMPANY, petitioner.
No. 103145.
Supreme Court of Illinois.
May 29, 2008.
Petition for leave to appeal denied.
In the exercise of this Court's supervisory authority, the Appellate Court, First District, is directed to vacate its judgment in Piagentini v. Ford Motor Co., 366 Ill. App.3d 395, 304 Ill.Dec. 106, 852 N.E.2d 356 (2006). The appellate court is directed to reconsider its judgment in light of Hudson v. City of Chicago, case No. 100466, ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___, 2008 WL 217175 (opinion fded 01/25/08) to determine if a different result is warranted.